# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LOUIS POULSEN A/S,<br><br>              Plaintiff,<br><br>v.<br><br>dhsaui56245, et al.,<br><br>              Defendants. | Civil Action No.<br><br>1:25-cv-06528-TWT |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Louis Poulsen A/S, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | DOE No. |
|---|---|
| qingweius | 2 |
| xinyinyuanshangmao | 11 |
| 新新// | 26 |
| wumdls | 51 |
| miyuqishangmao | 73 |
| FANYYAN | 84 |
| WAAILING | 90 |
| xuanxuan// | 122 |
| zongxingyuanshangmao | 124 |
| QFRZD | 127 |
| qigan// | 162 |
| haozhangfei | 229 |
| YunFei177 | 237 |
| naduobai | 252 |

1

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 5th day of January, 2026

>*/s/Taylor E. Pernini/*
>TAYLOR E. PERNINI
>Georgia Bar No. 835142
>Wargo French & Singer, LLP
>1175 Peachtree Street, Suite 1650
>Atlanta, GA 30361
>(404) 853-1500 (Telephone)
>(404) 853-1501 (Facsimile)
>tpernini@wfslaw.com
>
>Zareefa B. Flener (IL Bar No. 6281397)
>James E. Judge (IL Bar No. 6243206)
>(*admitted pro hac vice*)
>Ying Chen (IL Bar No. 6346961)
>(*admitted pro hac vice*)
>Flener IP Law, LLC
>77 West Washington Street, Suite 800
>Chicago, Illinois 60602
>(312) 724-8874
>jjudge@fleneriplaw.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1(C) and 7.1(D) of the Northern District of Georgia, that the foregoing motion complies with the font and point selections approved by the Court in L.R. 5.1(C). The foregoing motion was prepared on a computer using 14-point Times New Roman font.

>                     */s/ Taylor E. Pernini/*
>                     TAYLOR E. PERNINI
>                     Georgia Bar No. 835142
>                     Wargo French & Singer, LLP
>                     1175 Peachtree Street, Suite 1650
>                     Atlanta, GA 30361
>                     (404) 853-1500 (Telephone)
>                     (404) 853-1501 (Facsimile)
>                     tpernini@wfslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 05, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. Additionally, I have caused the foregoing to be served on the Defendants via email.

>  */s/Taylor E. Pernini/*
> TAYLOR E. PERNINI
> Georgia Bar No. 835142
> Wargo French & Singer, LLP
> 1175 Peachtree Street, Suite 1650
> Atlanta, GA 30361
> (404) 853-1500 (Telephone)
> (404) 853-1501 (Facsimile)
> tpernini@wfslaw.com