# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LOUIS POULSEN A/S,

                    Plaintiff,

          v.                                Civil Action No.

dhsaui56245, et al.,                        1:25-cv-06528-TWT

                    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Louis Poulsen A/S, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants (collectively, "Settling Defendants") with prejudice:

| Merchant Name | DOE No. |
|---|---|
| TaiYuanShiFengDaDianZiShangWuYouXianGongSi | 8 |
| A0M3XPB28 | 14 |
| LCBDYLR【商標专利号-98416012】跟卖必投诉 | 17 |
| Zhang Ling Lighthouse | 22 |
| huanhuan888 | 74 |
| Jaylahnsna | 78 |
| CanYuDianZiShangWuYouXianGongSi | 85 |
| Xiao Zhang Lighting lamps | 121 |
| FeiWangShop | 135 |
| BAILONGBAIHUO | 145 |
| shuai4 | 148 |
| Tai Yuan Wei Li Dian Zi Shang Wu You Xian Gong Si | 185 |
| Eivis | 219 |
| Haosd | 258 |

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted this 13th day of January, 2026

/s/Taylor E. Pernini/
TAYLOR E. PERNINI
Georgia Bar No. 835142
Wargo French & Singer, LLP
1175 Peachtree Street, Suite 1650
Atlanta, GA 30361
(404) 853-1500 (Telephone)
(404) 853-1501 (Facsimile)
tpernini@wfslaw.com

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
(*admitted pro hac vice*)
Ying Chen (IL Bar No. 6346961)
(*admitted pro hac vice*)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to L.R. 5.1(C) and 7.1(D) of the Northern District of Georgia, that the foregoing motion complies with the font and point selections approved by the Court in L.R. 5.1(C). The foregoing motion was prepared on a computer using 14-point Times New Roman font.

*/s/ Taylor E. Pernini/*
TAYLOR E. PERNINI
Georgia Bar No. 835142
Wargo French & Singer, LLP
1175 Peachtree Street, Suite 1650
Atlanta, GA 30361
(404) 853-1500 (Telephone)
(404) 853-1501 (Facsimile)
tpernini@wfslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 13, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. Additionally, I have caused the foregoing to be served on the Defendants via email.

*/s/Taylor E. Pernini/*
TAYLOR E. PERNINI